# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL D. MORTON, ) | |
|     Petitioner, ) | |
| ) | CIVIL ACTION NO. 17-0032-KD-MU |
| vs. ) | CRIMINAL NO. 14-0260-KD-MU |
| ) | |
| UNITED STATES OF AMERICA, ) | |
|     Respondent. | |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 2, 2017 (Doc. 39) is **ADOPTED** as the opinion of this Court. The United States' motion to dismiss Petitioner's motion to vacate (Doc. 37) is **GRANTED** and Petitioner's motion to vacate (Doc. 35; *compare id. with* Doc. 33) is **DISMISSED** as time-barred pursuant to 28 U.S.C. § 2255(f)(1) & (3).

**DONE** and **ORDERED** this **31st** day of **May 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**